JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER,<br><br>    Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>    Respondent. | NO. CV 20-8388-JWH (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is dismissed for lack of jurisdiction as a second or successive petition.

DATED: February 16, 2021

                                              JOHN W. HOLCOMB<br>
                                              United States District Judge